UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL MELIKYAN, | No. 2:13-cv-02184-AC |
| Plaintiff, | |
| v. | <u>ORDER TO SHOW CAUSE</u> |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying his application for disability benefits under Title II and XVI of the Social Security Act. ECF No. 1. The court issued its order granting plaintiff's application to proceed in forma pauperis, along with a scheduling order and summons, on November 25, 2013. ECF Nos. 4–6. The court's scheduling order gave plaintiff 45 days from the Commissioner's filing of the administrative record to file a motion for summary judgment or remand. ECF No. 5. The Commissioner filed an answer on March 10, 2014, followed by the administrative record on March 11, 2014. ECF Nos. 10, 11. Plaintiff has yet to file either a motion for summary judgment or a request for voluntary remand.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in writing within fourteen (14) days of the date of this order why this action should not be dismissed pursuant to

1

Federal Rule of Civil Procedure 41(b) for failure to prosecute.

DATED: December 5, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE