1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| MANUEL MELIKYAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. )<br>_____ ) | Case No. 2:13-cv-2184-AC<br><br>**STIPULATION AND ORDER TO<br>EXTEND BRIEFING SCHEDULE** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to prepare her Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment by 35 days to February 25, 2015, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly. This is Defendant's first request for an extension of time in this matter. There is good cause for this extension because counsel for Defendant is currently responsible for numerous district court cases at various stages of litigation. Counsel for Defendant is also currently responsible for preparing substantive motions in personnel-related litigation matters pending before the Equal Employment Opportunity Commission. Additionally, there is good cause for this extension because counsel for Defendant has scheduled leave over the next two weeks.

Stipulation and Order for Extension
2:13-cv-2184-AC

-1-

|     |                            |     |                                               |
| --- | -------------------------- | --- | --------------------------------------------- |
| 1   |                            |     | Respectfully submitted,                       |
| 3   | Date: *January 12, 2015*   | By: | */s/ Asim H. Modi  for Jesse S. Kaplan\**     |
|     |                            |     | JESSE S. KAPLAN                               |
| 4   |                            |     | *\*Authorized by email on January 12, 2015*   |
|     |                            |     | Attorneys for Plaintiff                       |
| 6   | Date: *January 12, 2015*   |     | BENJAMIN B. WAGNER                            |
|     |                            |     | United States Attorney                        |
| 7   |                            |     | DONNA L. CALVERT                              |
|     |                            |     | Regional Chief Counsel, Region IX             |
| 8   |                            |     | Social Security Administration                |
|     |                            | By: | */s/ Asim H. Modi*                            |
| 10  |                            |     | ASIM H. MODI                                  |
|     |                            |     | Special Assistant United States Attorney      |
| 11  |                            |     | Attorneys for Defendant                       |

<u>ORDER</u>

APPROVED AND SO ORDERED

DATED: January 12, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order for Extension
2:13-cv-2184-AC