UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL MELIKYAN,<br><br>         Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>         Defendant. | No.  2:13-cv-02184-AC<br><br><br><br>ORDER |

Defendant moves, pursuant to Fed. R. Civ. P. 59(e), to alter or amend this court's order and judgment (ECF Nos. 22 & 23), dated March 24, 2015.  ECF No. 24.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff shall file an opposition, or a statement of non-opposition, no later than May 26, 2015; and

2. Defendant shall file her reply, if any, no later than June 9, 2015.

DATED: April 23, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE