UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL MELIKYAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Carolyn Colvin, ) <br> ACTING COMMISSIONER OF SOCIAL ) <br> SECURITY, ) <br> ) <br> Defendant. ) <br> _____ ) | No.   2:13-CV-02184-AC <br><br> **STIPULATION AND ORDER APPROVING SETTLEMENT OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT** <br> **[28 U.S.C. §2412(d)]** |

THE PARTIES STIPULATE through the undersigned, subject to the approval of the Court, that plaintiff be awarded attorney fees in the amount of Four Thousand Five Hundred-Fifty ($4,550.00) under the *Equal Access to Justice Act,* 28 U.S.C. §2412(d) and that there will be no award of costs. This will represent compensation for all legal services rendered by counsel for plaintiff in this civil action and in accordance with that statute.

Stipulation and Order Approving Settlement of Attorney Fees Under the
Equal Access to Justice Act - 1

Upon the Court's order, defendant will consider the assignment of those *EAJA* fees pursuant to Astrue v. Ratliff, 130 S. Ct. 2521, 2252-53 (2010), considering any offsets allowed under the United States Department of Treasury's Offset Program. Fees shall be made payable to plaintiff, but if the Treasury Department determines plaintiff owes no federal debt, then the government shall pay the fees directly to Jesse S. Kaplan based on an assignment executed by plaintiff and will deliver the payment to said counsel.

This stipulation constitutes a compromise settlement of plaintiff's request for *EAJA* fees and not an admission of liability of defendant under the *EAJA*. Payment of this agreed amount shall constitute a complete release and bar of plaintiff and his counsel regarding *EAJA* fees relating to this action. This award is without prejudice to plaintiff's counsel's right to fees under 42 U.S.C. §406(b), subject to the savings clause provisions of the *EAJA*.

Dated: December 22, 2015              /s/   Jesse S. Kaplan

                                      JESSE S. KAPLAN
                                      Attorney for Plaintiff

Dated: December 22, 2015              /s/ per email authorization

                                      ASIM MODI
                                      Special Assistant U.S. Attorney
                                      Attorney for Defendant

## ORDER

Good cause appearing from the stipulation and the Court's review of its file, IT IS ORDERED that defendant pay plaintiff's attorney fees pursuant to the *EAJA* in accordance with this stipulation.

DATED:  December 28, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE